**Sonja COLBERT, Plaintiff–Appellant,**

v.

**DEPARTMENT OF MENTAL HEALTH; et al., Defendants–Appellees.**

No. 01–17000.

D.C. No. CV–99–02530–MLS.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 18, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

MEMORANDUM **

Sonja Colbert appeals pro se the district court's summary judgment in favor of defendants in her action alleging sexual harassment and employment discrimination. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni,* 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and we affirm.

The district court properly granted summary judgment to defendants because Colbert failed to raise a genuine issue of material fact concerning whether defendants failed to take immediate and appropriate corrective action in response to Colbert's complaints of sexual harassment. *See Little v. Windermere Relocation, Inc.,* 301 F.3d 958, 968 (9th Cir.2002) (as amended).

We have considered Colbert's remaining contentions and conclude that they lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.